WILLIAM E. CROCKETT (SBN 129383)
STEVEN R. SKIRVIN (SBN 179946)
MELANIE GARDNER-PAWLAK (SBN 204678)
**DION-KINDEM & CROCKETT**
21271 Burbank Boulevard, Suite 100
Woodland Hills, CA 91367
Telephone: (818) 883-4400
Facsimile: (818) 676-0246

Attorneys for Cross-Defendants
Amber Workman, Bette Workman-Hui,
and Kevin Farmer

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, <br><br> Plaintiff <br><br> v. <br><br> KIMBERLY MORLEY, an individual, AMBER WORKMAN, an individual, et al., <br><br> Defendants in Interpleader <br><br> AND RELATED CROSS ACTIONS | Case No.: CV10-3364-AHM (PLAx) <br><br> **ORDER TO DISMISS ACTION, TO DISPURSE INTERPLEADER FUNDS AND FOR THE COURT TO RETAIN JURISDICTION IN ORDER TO ENFORCE THE SETTLEMENT AGREEMENT** <br><br> **Hon. A. Howard Matz** |

The Court, having fully considered the settlement agreement between the parties involved in this action, and the Court being fully advised in the premises and good cause appearing, and based thereon,

1

ORDER DISMISSING ACTION AND RETAINING COURT'S JURISDICTION IN ORDER TO ENFORCE SETTLEMENT AGREEMENT

**IT IS HEREBY ORDERED** that:

1. The above captioned action, US District Court for the Central District of California Case No. CV10-3364-AHM (PLAx), be dismissed with prejudice.

2. That the money deposited with the court by Plaintiff Primerica Life Insurance Company be distributed as follows:

    a. The sum of $95,000.00 (ninety-five thousand dollars) to be paid to Kimberly Morley and Gray Duffy LLP, her attorneys, in full settlement of all claims;

    b. The sum of $20,000.00 (twenty thousand dollars) to be paid to Bette Workman-Hui and Dion-Kindem & Crockett, her attorneys, in full settlement of all claims;

    c. The balance of the remaining proceeds to be paid to Amber Lynn Workman and Dion-Kindem & Crockett, her attorneys, in full settlement of all claims.

    d. No payment is to be made to Kevin Farmer;

3. That each party bear its own mediation fees, court costs and attorney fees.

4. That the Stipulation Re Settlement filed on June 27, 2011 is incorporated herein by this reference.

5. That this Court retain jurisdiction over the matter in order to enforce the above described settlement agreement between the parties, should either party fail to adhere to such agreement.

DATED: June 28, 2011

**JS-6**

_____
THE HONORABLE A. HOWARD MATZ

2
ORDER DISMISSING ACTION AND RETAINING COURT'S JURISDICTION IN ORDER TO ENFORCE SETTLEMENT AGREEMENT